**Fill in this information to identify the case:**

Debtor Name: Curves and Combat Boots, LLC

United States Bankruptcy Court for the: Eastern District of Texas

Case number: 24-41331

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: July 2024

Date report filed: 08/22/2024
MM / DD / YYYY

Line of business: E-Commerce

NAISC code: 4581

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Elijah Maine, President and CEO

Original signature of responsible party: /s/ Elijah Maine

Printed name of responsible party: Elijah Maine

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☒ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name  Curves and Combat Boots, LLC                        Case number 24-41331

17. Have you paid any bills you owed before you filed bankruptcy?                               ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                                   $ 10,721.35

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                                     $ 120,119.48

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                                                   − $ 128,187.05

22. **Net cash flow**                                                                         + $ -8,067.57

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                                            = $ 2,653.78

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                                          $ 0.00

    (Exhibit E)

Debtor Name  Curves and Combat Boots, LLC                    Case number 24-41331

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                 $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              _____ 4
27. What is the number of employees as of the date of this monthly report?                 _____ 4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?       $ _____ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0.00
30. How much have you paid this month in other professional fees?                                  $ _____ 0.00
31. How much have you paid in total other professional fees since filing the case?                 $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 110,000.00 | − | $ 120,119.48 | = | $ -10,119.48 |
| 33. **Cash disbursements** | $ 100,000.00 | − | $ 128,187.05 | = | $ -28,187.05 |
| 34. **Net cash flow** | $ 10,000.00 | − | $ -8,067.57 | = | $ -18,067.57 |

35. Total projected cash receipts for the next month:                                      $ 110,000.00
36. Total projected cash disbursements for the next month:                               − $ 100,000.00
37. Total projected net cash flow for the next month:                                    = $ _____ 0.00

Debtor Name  Curves and Combat Boots, LLC    Case number 24-41331

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 29, 2024 through July 31, 2024
Primary Account: **000000600175130**



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00207543 DRE 201 219 21424 NNNNNNNNNNN  1 000000000 64 0000
CURVES AND COMBAT BOOTS LLC
827 BRISTOL PARK
LUCAS TX 75002-8711

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Platinum Business Checking | 000000600175130 | $10,721.35 | $2,653.78 |
| Chase Platinum Business Checking | 000000600175155 | 0.00 | 533.14 |
| Total | | $10,721.35 | $3,186.92 |
| **TOTAL ASSETS** | | **$10,721.35** | **$3,186.92** |

## CHASE PLATINUM BUSINESS CHECKING

CURVES AND COMBAT BOOTS LLC            Account Number: 000000600175130

## CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $10,721.35 |
| Deposits and Additions | 83 | 120,119.48 |
| ATM & Debit Card Withdrawals | 147 | -41,551.70 |
| Electronic Withdrawals | 31 | -86,335.35 |
| Fees | 1 | -300.00 |
| **Ending Balance** | **262** | **$2,653.78** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.



June 29, 2024 through July 31, 2024
Primary Account: 000000600175130

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | Orig CO Name:Shopify    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:091000010373803 Eed:240701 Ind ID:St-U9H0W4P7J0K4    Ind Name:Curves And Combat Boot Trn: 1830373803Tc | $819.92 |
| 07/01 | Orig CO Name:Stripe    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:091000010486396 Eed:240701 Ind ID:St-P7D2B1Y7G4R6    Ind Name:Curves N Combatboots L Trn: 1830486396Tc | 35.74 |
| 07/02 | Orig CO Name:Shopify    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:091000018933972 Eed:240702 Ind ID:St-J5P8J9L1I3S6    Ind Name:Curves And Combat Boot Trn: 1848933972Tc | 16,651.78 |
| 07/03 | Orig CO Name:Stripe    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:091000016192972 Eed:240703 Ind ID:St-E8V3N0W6P3W8    Ind Name:Curves N Combatboots L Trn: 1856192972Tc | 9,011.74 |
| 07/03 | Orig CO Name:Shopify    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:091000016190596 Eed:240703 Ind ID:St-P7V9B3G6Z6A7    Ind Name:Curves And Combat Boot Trn: 1856190596Tc | 2,463.80 |
| 07/05 | Orig CO Name:Liv Body LLC    Orig ID:9138864001 Desc Date:240705 CO Entry Descr:Con 671901Sec:PPD    Trace#:021000029707975 Eed:240705  Ind ID: Ind Name:Curves N Combatboots, Trn: 1879707975Tc | 2,792.00 |
| 07/05 | Orig CO Name:Shopify    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:091000013241800 Eed:240705 Ind ID:St-A2A3T2P8O4T1    Ind Name:Curves And Combat Boot Trn: 1873241800Tc | 2,018.04 |
| 07/05 | Orig CO Name:Stripe    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:091000013249280 Eed:240705 Ind ID:St-H1L2J1W9G6E6    Ind Name:Curves N Combatboots L Trn: 1873249280Tc | 546.77 |
| 07/08 | Real Time Transfer Recd From Aba/Contr Bnk-021000021  From: Bnf-Square Ref: T3Zdmfwqhysd1Y7 Info: Text-  Iid: 20240707021000021P1Brjpc00020061419 Recd: 20:20:48 Trn: 0012990190GA | 5,881.32 |
| 07/08 | Orig CO Name:Shopify    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:091000016342963 Eed:240708 Ind ID:St-V7M9L7R9H5S1    Ind Name:Curves And Combat Boot Trn: 1906342963Tc | 5,373.39 |
| 07/08 | Orig CO Name:Paypal    Orig ID:Paypalsd11 Desc Date:240705 CO Entry Descr:Transfer Sec:PPD    Trace#:091000016190673 Eed:240708  Ind ID: Ind Name:Curves And Combatboots Trn: 1906190673Tc | 1,925.47 |
| 07/08 | Orig CO Name:Afterpay 1217    Orig ID:0017677554 Desc Date:Jul 05 CO Entry Descr:EDI Paymntsec:CCD    Trace#:028000081380807 Eed:240708  Ind ID:Gq3Fqdavdz2Ngnp    Ind Name:Curves And Comba Boots Ref*TN*Gq3Fqdavdz*Afterpay 10011477 1 Curves N Combatboots, LLC\ Trn: 1901380807Tc | 208.65 |
| 07/09 | Orig CO Name:Shopify    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:091000016684018 Eed:240709 Ind ID:St-S9C8L8W0T3A3    Ind Name:Curves And Combat Boot Trn: 1916684018Tc | 4,121.33 |
| 07/09 | Orig CO Name:Afterpay 1217    Orig ID:0017677554 Desc Date:Jul 08 CO Entry Descr:EDI Paymntsec:CCD    Trace#:028000087127155 Eed:240709  Ind ID:Udrwndtkwssaet8    Ind Name:Curves And Comba Boots Ref*TN*Udrwndtkws*Afterpay 10011477 1 Curves N Combatboots, LLC\ Trn: 1917127155Tc | 133.88 |
| 07/09 | Orig CO Name:Stripe    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:091000016662867 Eed:240709 Ind ID:St-O6K8L9F4F6O9    Ind Name:Curves N Combatboots L Trn: 1916662867Tc | 50.16 |
| 07/09 | Orig CO Name:Afterpay 1217    Orig ID:0017677554 Desc Date:Jul 08 CO Entry Descr:EDI Paymntsec:CCD    Trace#:028000087126909 Eed:240709  Ind ID:K5Yun6Hgqwrghfu    Ind Name:Curves And Comba Boots Ref*TN*K5Yun6Hgqw*Afterpay 10011477 1 Curves N Combatboots, LLC\ Trn: 1917126909Tc | 36.47 |

# CHASE

June 29, 2024 through July 31, 2024
Primary Account: 000000600175130

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/09 | Orig CO Name:Afterpay 1217    Orig ID:0017677554 Desc Date:Jul 08 CO Entry Descr:EDI Paymntsec:CCD    Trace#:028000087127149 Eed:240709    Ind ID:A1Os62R6P0Dqkru    Ind Name:Curves And Comba Boots Ref*TN*A1Os62R6P0*Afterpay 10011477 1 Curves N Combatboots, LLC\ Trn: 1917127149Tc | 36.45 |
| 07/10 | Orig CO Name:Afterpay 1217    Orig ID:0017677554 Desc Date:Jul 09 CO Entry Descr:EDI Paymntsec:CCD    Trace#:028000088165824 Eed:240710    Ind ID:D8Ivpaimhhsf33B    Ind Name:Curves And Comba Boots Ref*TN*D8Ivpaimhh*Afterpay 10011477 1 Curves N Combatboots, LLC\ Trn: 1928165824Tc | 416.95 |
| 07/10 | Orig CO Name:Shopify    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer  Sec:CCD    Trace#:091000018425188 Eed:240710    Ind ID:St-U6D3U5Z4C3L0    Ind Name:Curves And Combat Boot Trn: 1928425188Tc | 360.84 |
| 07/11 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:240711 CO Entry Descr:Payments  Sec:CCD    Trace#:021000025754630 Eed:240711    Ind ID:51Rlbrxcwtx8Ka5    Ind Name:Cnc Trn: 1935754630Tc | 10,250.46 |
| 07/11 | Orig CO Name:Shopify    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer  Sec:CCD    Trace#:091000013883880 Eed:240711    Ind ID:St-J4R0Y3U1Q5B6    Ind Name:Curves And Combat Boot Trn: 1933883880Tc | 1,043.28 |
| 07/11 | Orig CO Name:Shoppayinst Afrm    Orig ID:394440    Desc Date:240710 CO Entry Descr:Autopay  Sec:CCD    Trace#:124084804272364 Eed:240711    Ind ID:3Ohvnkb43J75Ztb    Ind Name:Cnc Trn: 1934272364Tc | 931.24 |
| 07/11 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:240710 CO Entry Descr:Autopay  Sec:CCD    Trace#:101019645690211 Eed:240711    Ind ID:Ncz8Zph4Djfim5M    Ind Name:Cnc Trn: 1935690211Tc | 678.78 |
| 07/11 | Orig CO Name:Afterpay 1217    Orig ID:0017677554 Desc Date:Jul 10 CO Entry Descr:EDI Paymntsec:CCD    Trace#:028000084096259 Eed:240711    Ind ID:F6Dzsijb3Vdkiiy    Ind Name:Curves And Comba Boots Ref*TN*F6Dzsijb3V*Afterpay 10011477 1 Curves N Combatboots, LLC\ Trn: 1934096259Tc | 52.51 |
| 07/12 | Orig CO Name:Shopify    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer  Sec:CCD    Trace#:091000019217756 Eed:240712    Ind ID:St-H6W4V5Z0M4W6    Ind Name:Curves And Combat Boot Trn: 1949217756Tc | 1,925.23 |
| 07/12 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:240712 CO Entry Descr:Payments  Sec:CCD    Trace#:021000024452448 Eed:240712    Ind ID:56J64Pmcekzew43    Ind Name:Cnc Trn: 1944452448Tc | 223.46 |
| 07/15 | Card Purchase Return    07/15 Airbnb  Hmp59Sq9Y8 4158005959 CA Card 9542 | 193.03 |
| 07/15 | Orig CO Name:Liv Body LLC    Orig ID:9138864001 Desc Date:240715 CO Entry Descr:Con 942877Sec:PPD    Trace#:021000026022523 Eed:240715    Ind ID: Ind Name:Curves N Combatboots, Trn: 1976022523Tc | 2,572.00 |
| 07/15 | Orig CO Name:Paypal    Orig ID:Paypalsd11 Desc Date:240712 CO Entry Descr:Transfer  Sec:PPD    Trace#:091000010095599 Eed:240715    Ind ID: Ind Name:Curves And Combatboots Trn: 1970095599Tc | 1,307.82 |
| 07/15 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:240715 CO Entry Descr:Payments  Sec:CCD    Trace#:021000020151188 Eed:240715    Ind ID:Dkbvomkshzs2X9X    Ind Name:Cnc Trn: 1970151188Tc | 454.83 |
| 07/16 | Orig CO Name:Shopify    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer  Sec:CCD    Trace#:091000012300754 Eed:240716    Ind ID:St-P9V5R2X9R3U9    Ind Name:Curves And Combat Boot Trn: 1982300754Tc | 2,729.99 |
| 07/16 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:240716 CO Entry Descr:Payments  Sec:CCD    Trace#:021000022748631 Eed:240716    Ind ID:54Wvorgqptdzb7A    Ind Name:Cnc Trn: 1982748631Tc | 125.71 |
| 07/16 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:240716 CO Entry Descr:Payments  Sec:CCD    Trace#:021000022749080 Eed:240716    Ind ID:Nucbhrgm7U6Bcli    Ind Name:Cnc Trn: 1982749080Tc | 100.03 |



June 29, 2024 through July 31, 2024
Primary Account: 000000600175130

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/16 | Orig CO Name:Afterpay 1217   Orig ID:0017677554 Desc Date:Jul 15 CO Entry Descr:EDI Paymntsec:CCD   Trace#:028000082865374 Eed:240716  Ind ID:0lgmh02Ayckglxh      Ind Name:Curves And Comba Boots Ref*TN*0lgmh02Ayc*Afterpay 10011477 1 Curves N Combatboots, LLC\ Trn: 1982865374Tc | 62.67 |
| 07/16 | Orig CO Name:Afterpay 1217   Orig ID:0017677554 Desc Date:Jul 15 CO Entry Descr:EDI Paymntsec:CCD   Trace#:028000082865428 Eed:240716  Ind ID:94Yzykmm9S1Gkzi     Ind Name:Curves And Comba Boots Ref*TN*94Yzykmm9S*Afterpay 10011477 1 Curves N Combatboots, LLC\ Trn: 1982865428Tc | 54.77 |
| 07/16 | Orig CO Name:Afterpay 1217   Orig ID:0017677554 Desc Date:Jul 15 CO Entry Descr:EDI Paymntsec:CCD   Trace#:028000082865240 Eed:240716  Ind ID:Q9C8Ndemhwy2Fbi     Ind Name:Curves And Comba Boots Ref*TN*Q9C8Ndemhw*Afterpay 10011477 1 Curves N Combatboots, LLC\ Trn: 1982865240Tc | 40.76 |
| 07/17 | Orig CO Name:Shopify       Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD   Trace#:091000011680804 Eed:240717  Ind ID:St-P3M6K5H1A3X2      Ind Name:Curves And Combat Boot Trn: 1991680804Tc | 284.82 |
| 07/17 | Orig CO Name:Shoppayinst Afrm     Orig ID:394440   Desc Date:240716 CO Entry Descr:Autopay  Sec:CCD   Trace#:124084802072567 Eed:240717  Ind ID:Wmqib3Nn6A8Rgnb      Ind Name:Cnc Trn: 1992072567Tc | 146.18 |
| 07/17 | Orig CO Name:Shoppayinst Afrm     Orig ID:9729198000 Desc Date:240717 CO Entry Descr:Payments Sec:CCD   Trace#:021000027895678 Eed:240717  Ind ID:Expml6Nq0Jjwyxh      Ind Name:Cnc Trn: 1997895678Tc | 124.38 |
| 07/17 | Orig CO Name:Stripe       Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD   Trace#:091000011739373 Eed:240717  Ind ID:St-G2R0K5C4H0R4      Ind Name:Curves N Combatboots L Trn: 1991739373Tc | 35.74 |
| 07/17 | Orig CO Name:Shopify.Com/C     Orig ID:1800948598 Desc Date:    CO Entry Descr:Acctverifysec:CCD   Trace#:091000011740907 Eed:240717  Ind ID:St-O9Q8T5I6N2Y1      Ind Name:Elijah Maine Trn: 1991740907Tc | 0.30 |
| 07/17 | Orig CO Name:Shopify.Com/C     Orig ID:1800948598 Desc Date:    CO Entry Descr:Acctverifysec:CCD   Trace#:091000011740908 Eed:240717  Ind ID:St-E4I4Y2Q8R3G8      Ind Name:Elijah Maine Trn: 1991740908Tc | 0.28 |
| 07/18 | Book Transfer Credit B/O: Military Muscle LLC Lucas TX 75002-8711 US Trn: 3530644200Es | 615.90 |
| 07/18 | Orig CO Name:Square Inc      Orig ID:9424300002 Desc Date:240718 CO Entry Descr:Sq240718 Sec:PPD   Trace#:021000027940245 Eed:240718  Ind ID: Ind Name:Curves And Combat Boot Trn: 2007940245Tc | 8,220.11 |
| 07/18 | Orig CO Name:Shopify       Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD   Trace#:091000018556895 Eed:240718  Ind ID:St-Y4V8B1W0K2O4      Ind Name:Curves And Combat Boot Trn: 2008556895Tc | 751.95 |
| 07/18 | Orig CO Name:Shoppayinst Afrm     Orig ID:9729198000 Desc Date:240718 CO Entry Descr:Payments Sec:CCD   Trace#:021000023383036 Eed:240718  Ind ID:0Ef0Reuyjffhzfq      Ind Name:Cnc Trn: 2003383036Tc | 306.96 |
| 07/19 | Card Purchase Return   07/19 Walmart.Com 800-925-6278 AR Card 9542 | 20.48 |
| 07/19 | Card Purchase Return   07/19 Walmart.Com 800-925-6278 AR Card 9542 | 13.98 |
| 07/19 | Orig CO Name:Shopify       Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD   Trace#:091000010768463 Eed:240719  Ind ID:St-B8X2J5S4W1S9      Ind Name:Curves And Combat Boot Trn: 2010768463Tc | 1,619.43 |
| 07/19 | Orig CO Name:Shoppayinst Afrm     Orig ID:9729198000 Desc Date:240719 CO Entry Descr:Payments Sec:CCD   Trace#:021000027850083 Eed:240719  Ind ID:Moy1Vwu4Tvzwj9O      Ind Name:Cnc Trn: 2017850083Tc | 185.63 |
| 07/22 | Orig CO Name:Shopify       Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD   Trace#:091000011373644 Eed:240722  Ind ID:St-Y8J2G2K1R8X7      Ind Name:Curves And Combat Boot Trn: 2041373644Tc | 2,667.43 |

# CHASE

June 29, 2024 through July 31, 2024
Primary Account: 000000600175130

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/22 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:240722 CO Entry Descr:Payments Sec:CCD  Trace#:021000026608451 Eed:240722  Ind ID:93Kw6J0F0Bhkvqc    Ind Name:Cnc Trn: 2046608451Tc | 510.03 |
| 07/22 | Orig CO Name:Afterpay 1217     Orig ID:0017677554 Desc Date:Jul 19 CO Entry Descr:EDI Paymntsec:CCD  Trace#:028000087822905 Eed:240722  Ind ID:ME6Rdcxuj9Meb2Z     Ind Name:Curves And Comba Boots Ref*TN*ME6Rdcxuj9*Afterpay 10011477 1 Curves N Combatboots, LLC\ Trn: 2047822905Tc | 162.71 |
| 07/23 | Orig CO Name:Shopify      Orig ID:1800948598 Desc Date:   CO Entry Descr:Transfer  Sec:CCD   Trace#:091000019860367 Eed:240723  Ind ID:St-Z1M5O3M6S6V8     Ind Name:Curves And Combat Boot Trn: 2059860367Tc | 11,702.90 |
| 07/23 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:240723 CO Entry Descr:Payments Sec:CCD  Trace#:021000025920742 Eed:240723  Ind ID:Jrq88Gro8Suwvco    Ind Name:Cnc Trn: 2055920742Tc | 1,496.99 |
| 07/23 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:240723 CO Entry Descr:Payments Sec:CCD  Trace#:021000025921202 Eed:240723  Ind ID:2Kukegvevdaf424    Ind Name:Cnc Trn: 2055921202Tc | 493.16 |
| 07/23 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:240723 CO Entry Descr:Payments Sec:CCD  Trace#:021000022703918 Eed:240723  Ind ID:4Dlzegnhpjvyazv    Ind Name:Cnc Trn: 2052703918Tc | 249.46 |
| 07/23 | Orig CO Name:Shoppayinst Afrm    Orig ID:394440   Desc Date:240722 CO Entry Descr:Autopay  Sec:CCD   Trace#:124084800087102 Eed:240723  Ind ID:Lxq0Dmlzukngvl1    Ind Name:Cnc Trn: 2050087102Tc | 201.02 |
| 07/23 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:240721 CO Entry Descr:Autopay  Sec:CCD   Trace#:101019642657892 Eed:240723  Ind ID:Myb8Ryvn0OR5Qo1    Ind Name:Cnc Trn: 2052657892Tc | 182.96 |
| 07/23 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:240722 CO Entry Descr:Autopay  Sec:CCD   Trace#:101019642657863 Eed:240723  Ind ID:X8Upkno5L4Ldn6H    Ind Name:Cnc Trn: 2052657863Tc | 173.90 |
| 07/23 | Orig CO Name:Afterpay 1217     Orig ID:0017677554 Desc Date:Jul 22 CO Entry Descr:EDI Paymntsec:CCD  Trace#:028000089777988 Eed:240723  Ind ID:Olnvlozgbuxlq0M    Ind Name:Curves And Comba Boots Ref*TN*Olnvlozgbu*Afterpay 10011477 1 Curves N Combatboots, LLC\ Trn: 2059777988Tc | 40.89 |
| 07/23 | Orig CO Name:Stripe       Orig ID:1800948598 Desc Date:   CO Entry Descr:Transfer  Sec:CCD   Trace#:091000019817257 Eed:240723  Ind ID:St-W3R9Q3C4F3L9     Ind Name:Curves N Combatboots L Trn: 2059817257Tc | 35.74 |
| 07/23 | Orig CO Name:Afterpay 1217     Orig ID:0017677554 Desc Date:Jul 22 CO Entry Descr:EDI Paymntsec:CCD  Trace#:028000089778138 Eed:240723  Ind ID:Lfm9I679Fwhfxp8    Ind Name:Curves And Comba Boots Ref*TN*Lfm9I679Fw*Afterpay 10011477 1 Curves N Combatboots, LLC\ Trn: 2059778138Tc | 9.62 |
| 07/24 | Orig CO Name:Shopify      Orig ID:1800948598 Desc Date:   CO Entry Descr:Transfer  Sec:CCD   Trace#:091000019285423 Eed:240724  Ind ID:St-I6C7A6I1B8Z4     Ind Name:Curves And Combat Boot Trn: 2069285423Tc | 1,750.46 |
| 07/24 | Orig CO Name:Stripe       Orig ID:1800948598 Desc Date:   CO Entry Descr:Transfer  Sec:CCD   Trace#:091000019305270 Eed:240724  Ind ID:St-W4K7T3Y0O3L9     Ind Name:Curves N Combatboots L Trn: 2069305270Tc | 35.74 |
| 07/25 | Orig CO Name:Shopify      Orig ID:1800948598 Desc Date:   CO Entry Descr:Transfer  Sec:CCD   Trace#:091000010299643 Eed:240725  Ind ID:St-V6T3B0G5J2K9     Ind Name:Curves And Combat Boot Trn: 2070299643Tc | 236.32 |
| 07/25 | Orig CO Name:Afterpay 1217     Orig ID:0017677554 Desc Date:Jul 24 CO Entry Descr:EDI Paymntsec:CCD  Trace#:028000080409344 Eed:240725  Ind ID:T7Nk6Hawckumica    Ind Name:Curves And Comba Boots Ref*TN*T7Nk6Hawck*Afterpay 10011477 1 Curves N Combatboots, LLC\ Trn: 2070409344Tc | 184.46 |





June 29, 2024 through July 31, 2024
Primary Account: 000000600175130

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/25 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:240725 CO Entry Descr:Payments Sec:CCD   Trace#:021000026893092 Eed:240725  Ind ID:P3Eiof15A6Bo4Pz         Ind Name:Cnc Trn: 2076893092Tc | 179.27 |
| 07/26 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:     CO Entry Descr:Transfer Sec:CCD   Trace#:091000011572634 Eed:240726  Ind ID:St-I3F4V3S0Y3L4         Ind Name:Curves And Combat Boot Trn: 2081572634Tc | 1,062.48 |
| 07/26 | Orig CO Name:Afterpay 1217    Orig ID:0017677554 Desc Date:Jul 25 CO Entry Descr:EDI Paymntsec:CCD   Trace#:028000081996121 Eed:240726  Ind ID:Eixvfz3Hdwrja3S         Ind Name:Curves And Comba Boots Ref*TN*Eixvfz3Hdw*Afterpay 10011477 1 Curves N Combatboots, LLC\ Trn: 2081996121Tc | 335.11 |
| 07/26 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:240726 CO Entry Descr:Payments Sec:CCD   Trace#:021000029143605 Eed:240726  Ind ID:6Fpc9Fs31Nostaz         Ind Name:Cnc Trn: 2089143605Tc | 192.00 |
| 07/29 | Book Transfer Credit B/O: Military Muscle LLC Lucas TX 75002-8711 US Trn: 3395174211Es | 2,671.00 |
| 07/29 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:     CO Entry Descr:Transfer Sec:CCD   Trace#:091000010133317 Eed:240729  Ind ID:St-I7C4M2W0R2C9         Ind Name:Curves And Combat Boot Trn: 2110133317Tc | 995.58 |
| 07/29 | Orig CO Name:Afterpay 1217    Orig ID:0017677554 Desc Date:Jul 26 CO Entry Descr:EDI Paymntsec:CCD   Trace#:028000087786517 Eed:240729  Ind ID:31Lxhmvmll4Vajy         Ind Name:Curves And Comba Boots Ref*TN*31Lxhmvmll*Afterpay 10011477 1 Curves N Combatboots, LLC\ Trn: 2117786517Tc | 151.96 |
| 07/29 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:240729 CO Entry Descr:Payments Sec:CCD   Trace#:021000027167406 Eed:240729  Ind ID:Ejyvtaflczxcbud         Ind Name:Cnc Trn: 2117167406Tc | 80.36 |
| 07/30 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:     CO Entry Descr:Transfer Sec:CCD   Trace#:091000013473663 Eed:240730  Ind ID:St-U0G8C6L7Z6T6         Ind Name:Curves And Combat Boot Trn: 2123473663Tc | 3,495.65 |
| 07/30 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:240730 CO Entry Descr:Payments Sec:CCD   Trace#:021000026992074 Eed:240730  Ind ID:Jewkovnn1A5Pgro         Ind Name:Cnc Trn: 2126992074Tc | 422.52 |
| 07/30 | Orig CO Name:Afterpay 1217    Orig ID:0017677554 Desc Date:Jul 29 CO Entry Descr:EDI Paymntsec:CCD   Trace#:028000083551540 Eed:240730  Ind ID:Gvyw7Krujonrfq1         Ind Name:Curves And Comba Boots Ref*TN*Gvyw7Krujo*Afterpay 10011477 1 Curves N Combatboots, LLC\ Trn: 2123551540Tc | 230.08 |
| 07/30 | Orig CO Name:Afterpay 1217    Orig ID:0017677554 Desc Date:Jul 29 CO Entry Descr:EDI Paymntsec:CCD   Trace#:028000083551616 Eed:240730  Ind ID:Zggsbmqdxnvzjth         Ind Name:Curves And Comba Boots Ref*TN*Zggsbmqdxn*Afterpay 10011477 1 Curves N Combatboots, LLC\ Trn: 2123551616Tc | 133.80 |
| 07/30 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:240730 CO Entry Descr:Payments Sec:CCD   Trace#:021000026078521 Eed:240730  Ind ID:Fsrihr5Aalh1Aj9         Ind Name:Cnc Trn: 2126078521Tc | 96.30 |



June 29, 2024 through July 31, 2024
Primary Account: 000000600175130

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/31 | Orig CO Name:Shopify    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD    Trace#:091000015289168 Eed:240731   Ind ID:St-G9O2I5F2N8I6    Ind Name:Curves And Combat Boot Trn: 2135289168Tc | 1,616.08 |
| 07/31 | Orig CO Name:Afterpay 1217    Orig ID:0017677554 Desc Date:Jul 30 CO Entry Descr:EDI Paymntsec:CCD    Trace#:028000084981998 Eed:240731    Ind ID:Imx4Kp0Z24Sk493    Ind Name:Curves And Comba Boots Ref*TN*Imx4Kp0Z24*Afterpay 10011477 1 Curves N Combatboots, LLC\ Trn: 2134981998Tc | 222.44 |
| 07/31 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:240731 CO Entry Descr:Payments Sec:CCD    Trace#:021000029023847 Eed:240731    Ind ID:3Ewa1Cobezf9H2V    Ind Name:Cnc Trn: 2139023847Tc | 143.65 |
| **Total Deposits and Additions** | | **$120,119.48** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/01 | Card Purchase    06/28 Camp Hilton Head - 1 Hilton Head SC Card 9542 | $103.73 |
| 07/01 | Card Purchase    06/28 Camp Hilton Head - 1 Hilton Head SC Card 9542 | 18.18 |
| 07/01 | Card Purchase    06/28 Camp Hilton Head - 1 Hilton Head SC Card 9542 | 21.39 |
| 07/01 | Card Purchase    06/28 Harbour Town Surf Sh Hilton Head I SC Card 9542 | 136.78 |
| 07/01 | Card Purchase    06/28 Harbour Town Surf Sh Hilton Head I SC Card 9542 | 116.76 |
| 07/01 | Recurring Card Purchase 06/29 Google *Ads423077620 Cc@Google.Com CA Card 9542 | 500.00 |
| 07/01 | Card Purchase    06/30 Tst* Pita Street Food - Pooler GA Card 9542 | 37.82 |
| 07/01 | Card Purchase    06/29 Pci L476 Dallas Fort Wo Dallas TX Card 9542 | 194.85 |
| 07/01 | Card Purchase With Pin  06/29 H-E-B #796 Allen TX Card 9542 | 399.94 |
| 07/01 | Card Purchase    06/30 Facebk *Nxm2V5G4U2 650-5434800 CA Card 9542 | 153.06 |
| 07/01 | Card Purchase    06/30 Facebk *Gpvv36Q4U2 650-5434800 CA Card 9542 | 244.84 |
| 07/01 | Card Purchase    07/01 Sp Civil Regime Httpscivilreg CA Card 9542 | 290.12 |
| 07/01 | Card Purchase    07/01 Google *Gsuite_Curve Cc@Google.Com CA Card 9542 | 187.20 |
| 07/01 | Recurring Card Purchase 07/01 Google *Ads423077620 Cc@Google.Com CA Card 9542 | 385.68 |
| 07/02 | Card Purchase    07/01 Usps Stamps Endicia 888-434-0055 DC Card 9542 | 500.00 |
| 07/02 | Card Purchase    07/01 Usps Stamps Endicia 888-434-0055 DC Card 9542 | 500.00 |
| 07/02 | Card Purchase    07/01 Intuit *Qbooks Onlin Cl.Intuit.Com CA Card 9542 | 213.20 |
| 07/02 | Card Purchase    07/01 Usps Stamps Endicia 888-434-0055 DC Card 9542 | 500.00 |
| 07/02 | Card Purchase    07/01 Qt 916 Mckinney TX Card 9542 | 6.91 |
| 07/02 | Card Purchase    07/02 Amazon Mktpl*R71Ra4C Amzn.Com/Bill WA Card 9542 | 19.47 |
| 07/02 | Recurring Card Purchase 07/02 Klaviyo Inc. Software Klaviyo.Com MA Card 9542 | 2,206.62 |
| 07/03 | Card Purchase    07/02 Qt 916 Mckinney TX Card 9542 | 11.33 |
| 07/03 | Card Purchase    07/02 Usps Stamps Endicia 888-434-0055 DC Card 9542 | 500.00 |
| 07/03 | Card Purchase With Pin  07/03 Stop N Shop Flint TX Card 9542 | 50.00 |
| 07/03 | Card Purchase With Pin  07/03 Jud's Market Athens TX Card 9542 | 8.92 |
| 07/03 | Card Purchase With Pin  07/03 H-E-B #796 Allen TX Card 9542 | 113.38 |
| 07/05 | Card Purchase    07/03 UPS*Billing Center 800-811-1648 GA Card 9542 | 68.43 |
| 07/05 | Card Purchase    07/03 Stop N Shop Mart Flint TX Card 9542 | 3.56 |
| 07/05 | Card Purchase    07/03 Sonic Drive IN #6808 Athens TX Card 9542 | 12.10 |
| 07/05 | Card Purchase    07/03 Facebk *E9Dcr9U4U2 650-5434800 CA Card 9542 | 900.00 |
| 07/05 | Card Purchase    07/03 Sq *Martin Monroe Consu Gosq.Com MD Card 9542 | 1,750.00 |
| 07/05 | Card Purchase    07/03 Sq *Martin Monroe Consu Gosq.Com MD Card 9542 | 1,750.00 |
| 07/05 | Recurring Card Purchase 07/04 Google *Ads423077620 Cc@Google.Com CA Card 9542 | 500.00 |



June 29, 2024 through July 31, 2024
Primary Account: 000000600175130

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/05 | Card Purchase With Pin  07/04 Cvs/Pharmacy #02876 Prosper TX Card 9542 | 57.75 |
| 07/05 | Card Purchase With Pin  07/05 Costco Whse #0664 Plano TX Card 9542 | 186.56 |
| 07/08 | Card Purchase     07/08 Amazon Mktpl*Ry9Qh2Z Amzn.Com/Bill WA Card 9542 | 74.70 |
| 07/08 | Card Purchase     07/06 Facebk *Qqa3N6C4U2 650-5434800 CA Card 9542 | 900.00 |
| 07/08 | Card Purchase With Pin  07/06 7-Eleven Fairview TX Card 9542 | 12.26 |
| 07/08 | Card Purchase     07/07 Scheels The Colony TX Card 9542 | 19.45 |
| 07/08 | Card Purchase     07/07 Scheels The Colony TX Card 9542 | 220.25 |
| 07/08 | Card Purchase With Pin  07/06 H-E-B #796 Allen TX Card 9542 | 406.48 |
| 07/08 | Card Purchase     07/07 Jumping World Allen Allen TX Card 9542 | 33.54 |
| 07/08 | Card Purchase     07/07 Jw Entertainment Allen Allen TX Card 9542 | 50.00 |
| 07/08 | Recurring Card Purchase 07/08 Google *Ads423077620 Cc@Google.Com CA Card 9542 | 500.00 |
| 07/08 | Card Purchase With Pin  07/08 Qt 916 Outside Mckinney TX Card 9542 | 60.24 |
| 07/09 | Card Purchase     07/08 Amazon Mktpl*R79OH4R Amzn.Com/Bill WA Card 9542 | 52.85 |
| 07/09 | Card Purchase     07/08 Py *Lean Kitchen Compan Mckinney TX Card 9542 | 37.17 |
| 07/09 | Card Purchase     07/08 Usps Stamps Endicia 888-434-0055 DC Card 9542 | 500.00 |
| 07/09 | Card Purchase     07/09 Amazon Mktpl*Ry6Sx9A Amzn.Com/Bill WA Card 9542 | 10.38 |
| 07/09 | Card Purchase     07/08 Enterprise Rent-A-Car Allen TX Card 9542 | 0.01 |
| 07/09 | Card Purchase     07/09 Sq *Martin Monroe Consu Gosq.Com MD Card 9542 | 1,500.00 |
| 07/09 | Card Purchase With Pin  07/09 Kum&Go 0454R Joplin Joplin MO Card 9542 | 11.84 |
| 07/09 | Card Purchase With Pin  07/09 Motomart  #3354 Rolla MO Card 9542 | 111.40 |
| 07/09 | Card Purchase With Pin  07/09 Motomart  #3354 Rolla MO Card 9542 | 8.31 |
| 07/10 | Card Purchase     07/09 Usps Stamps Endicia 888-434-0055 DC Card 9542 | 500.00 |
| 07/10 | Card Purchase     07/09 Usps Stamps Endicia 888-434-0055 DC Card 9542 | 500.00 |
| 07/10 | Card Purchase     07/09 Prime Video Channels Amzn.Com/Bill WA Card 9542 | 17.31 |
| 07/10 | Card Purchase With Pin  07/10 Qt 673 Inside St Charles MO Card 9542 | 18.21 |
| 07/10 | Card Purchase With Pin  07/10 Circle K 00129 1903 W. Bloomington IL Card 9542 | 30.29 |
| 07/10 | Card Purchase With Pin  07/10 Fas Mart 5156 South Beloit IL Card 9542 | 75.00 |
| 07/10 | Card Purchase With Pin  07/10 Fas Mart 5156 South Beloit IL Card 9542 | 6.29 |
| 07/10 | Card Purchase With Pin  07/10 A F County Market Adams WI Card 9542 | 331.10 |
| 07/11 | Card Purchase     07/10 Starbucks Store 71233 Bloomington IL Card 9542 | 38.21 |
| 07/12 | Card Purchase     07/11 MT Olympus Water & th 608-253-8441 WI Card 9542 | 288.23 |
| 07/12 | Card Purchase     07/11 Facebk *8Br32644U2 650-5434800 CA Card 9542 | 900.00 |
| 07/12 | Recurring Card Purchase 07/11 Google *Ads423077620 Cc@Google.Com CA Card 9542 | 500.00 |
| 07/12 | Card Purchase     07/11 MT Olympus Foods Wisconsin Del WI Card 9542 | 17.00 |
| 07/12 | Card Purchase     07/11 MT Olympus Foods Wisconsin Del WI Card 9542 | 23.25 |
| 07/12 | Card Purchase     07/11 MT Olympus Foods Wisconsin Del WI Card 9542 | 17.25 |
| 07/12 | Card Purchase     07/11 MT Olympus Water & T Wisconsin Del WI Card 9542 | 18.14 |
| 07/12 | Card Purchase     07/11 Culvers of Wisconsin Wisconsin Del WI Card 9542 | 22.23 |
| 07/12 | Card Purchase With Pin  07/12 Bp#2183200Ameri Wisconsin Del WI Card 9542 | 10.86 |
| 07/15 | Card Purchase     07/13 Noah's Ark Family Par 608-254-6351 WI Card 9542 | 262.79 |
| 07/15 | Card Purchase     07/12 Noah's Ark Family PA Wisconsin Del WI Card 9542 | 58.64 |
| 07/15 | Card Purchase With Pin  07/13 Amish House Market Westfield WI Card 9542 | 9.48 |
| 07/15 | Card Purchase With Pin  07/13 A F County Market Adams WI Card 9542 | 23.31 |
| 07/15 | Card Purchase     07/14 Airbnb  Hmp59Sq9Y8 Airbnb.Com CA Card 9542 | 243.21 |
| 07/15 | Card Purchase With Pin  07/14 Citgo All Stop P Lodi WI Card 9542 | 52.42 |
| 07/15 | Card Purchase With Pin  07/14 Citgo All Stop P Lodi WI Card 9542 | 100.00 |
| 07/15 | Card Purchase     07/14 Culvers Deforest 2 De Forest WI Card 9542 | 65.88 |
| 07/15 | Card Purchase     07/14 Culvers Janesville 555 Janesville WI Card 9542 | 28.12 |



June 29, 2024 through July 31, 2024
Primary Account: 000000600175130



## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/15 | Card Purchase With Pin  07/14 Road Ranger #18 Mclean IL Card 9542 | 53.60 |
| 07/15 | Card Purchase With Pin  07/14 Road Ranger #18 Mclean IL Card 9542 | 26.77 |
| 07/15 | Card Purchase     07/14 Usps Stamps Endicia 888-434-0055 DC Card 9542 | 50.00 |
| 07/15 | Card Purchase With Pin  07/14 Target T- 1042 S Kirkw Kirkwood MO Card 9542 | 110.02 |
| 07/15 | Card Purchase     07/14 Chipotle 1048 Kirkwood MO Card 9542 | 45.61 |
| 07/15 | Card Purchase With Pin  07/14 Oasis Truck Sto Richland MO Card 9542 | 61.18 |
| 07/15 | Card Purchase     07/15 Facebk *Ubjap584U2 650-5434800 CA Card 9542 | 900.00 |
| 07/15 | Card Purchase With Pin  07/14 Oasis Truck Sto Richland MO Card 9542 | 10.58 |
| 07/15 | Card Purchase     07/15 Airbnb  Hm2Q8Bkaep Airbnb.Com CA Card 9542 | 319.07 |
| 07/15 | Card Purchase With Pin  07/15 Cenex Rangeline Joplin MO Card 9542 | 5.38 |
| 07/15 | Card Purchase With Pin  07/15 Kwik Chek #16 Durant OK Card 9542 | 32.62 |
| 07/15 | Card Purchase With Pin  07/15 H-E-B #796 Allen TX Card 9542 | 368.10 |
| 07/16 | Card Purchase     07/15 Usps Stamps Endicia 888-434-0055 DC Card 9542 | 500.00 |
| 07/16 | Card Purchase     07/15 Usps Stamps Endicia 888-434-0055 DC Card 9542 | 500.00 |
| 07/16 | Recurring Card Purchase 07/15 Google *Ads423077620 Cc@Google.Com CA Card 9542 | 500.00 |
| 07/17 | Card Purchase     07/16 Amk Capital One Plano B Plano TX Card 9542 | 4.20 |
| 07/18 | Card Purchase     07/18 Amazon Mktpl*Rs0Ab1B Amzn.Com/Bill WA Card 9542 | 105.49 |
| 07/18 | Card Purchase     07/17 UPS*Billing Center 800-811-1648 GA Card 9542 | 65.80 |
| 07/18 | Card Purchase     07/17 Qt 916 Mckinney TX Card 9542 | 7.23 |
| 07/18 | Card Purchase     07/17 Med*Texashealth Resourc Arlington TX Card 9542 | 50.00 |
| 07/18 | Card Purchase     07/17 Amazon Mktpl*Rs9Ju2V Amzn.Com/Bill WA Card 9542 | 45.88 |
| 07/18 | Recurring Card Purchase 07/18 Slack T021Cjaatv4 Httpsslack.CO CA Card 9542 | 144.58 |
| 07/18 | Card Purchase     07/18 Facebk *SD72U6L4U2 650-5434800 CA Card 9542 | 900.00 |
| 07/19 | Card Purchase     07/19 Walmart.Com 800-925-6278 AR Card 9542 | 40.67 |
| 07/19 | Card Purchase     07/18 Www Costco Com 800-955-2292 WA Card 9542 | 136.83 |
| 07/19 | Card Purchase     07/18 Amazon.Com*Rs72046K1 Amzn.Com/Bill WA Card 9542 | 23.97 |
| 07/19 | Card Purchase     07/18 IN *Hmtm Enterprises L 217-9941866 FL Card 9542 | 1,750.00 |
| 07/19 | Recurring Card Purchase 07/18 Google *Ads423077620 Cc@Google.Com CA Card 9542 | 500.00 |
| 07/22 | Card Purchase     07/22 Walmart.Com 800-925-6278 AR Card 9542 | 37.13 |
| 07/22 | Recurring Card Purchase 07/20 Google *Ads423077620 Cc@Google.Com CA Card 9542 | 500.00 |
| 07/22 | Recurring Card Purchase 07/21 Shipstation 512-8864006 CA Card 9542 | 106.59 |
| 07/22 | Card Purchase     07/22 Facebk *Utlq67Q4U2 650-5434800 CA Card 9542 | 900.00 |
| 07/22 | Recurring Card Purchase 07/22 Disney Plus 888-9057888 CA Card 9542 | 21.59 |
| 07/22 | Card Purchase With Pin  07/22 H-E-B #796 Allen TX Card 9542 | 159.28 |
| 07/23 | Card Purchase     07/23 Amazon Mktpl*Rj0V022 Amzn.Com/Bill WA Card 9542 | 29.88 |
| 07/23 | Card Purchase     07/22 Usps Stamps Endicia 888-434-0055 DC Card 9542 | 500.00 |
| 07/23 | Card Purchase     07/22 Usps Stamps Endicia 888-434-0055 DC Card 9542 | 500.00 |
| 07/23 | Card Purchase     07/22 U.S. Retailers 855-600-3859 TX Card 9542 | 1,400.00 |
| 07/23 | Card Purchase     07/22 Eractoll 4Z9H22 877-860-1258 TX Card 9542 | 12.70 |
| 07/23 | Card Purchase     07/22 Amazon Mktpl*Rj8Qf9Q Amzn.Com/Bill WA Card 9542 | 9.73 |
| 07/23 | Card Purchase     07/23 Stamps.Com  *Uspostag 855-608-2677 TX Card 9542 | 500.00 |
| 07/23 | Card Purchase     07/22 Usps Stamps Endicia 888-434-0055 DC Card 9542 | 500.00 |
| 07/23 | Recurring Card Purchase 07/23 Google *Ads423077620 Cc@Google.Com CA Card 9542 | 500.00 |
| 07/23 | Card Purchase With Pin  07/23 Costco Whse #0664 Plano TX Card 9542 | 186.41 |
| 07/25 | Card Purchase     07/23 Py *Hopdoddy  Plano  Ec Plano TX Card 9542 | 42.51 |
| 07/25 | Card Purchase     07/24 Qt 916 Mckinney TX Card 9542 | 10.06 |
| 07/25 | Card Purchase With Pin  07/25 Racetrac2467 Plano TX Card 9542 | 3.24 |
| 07/25 | Card Purchase With Pin  07/25 Racetrac2467 Plano TX Card 9542 | 111.82 |



June 29, 2024 through July 31, 2024
Primary Account: 000000600175130

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/26 | Card Purchase | 07/25 Usps Stamps Endicia 888-434-0055 DC Card 9542 | 500.00 |
| 07/26 | Card Purchase | 07/25 Facebk *Hbtfuau4U2 650-5434800 CA Card 9542 | 900.00 |
| 07/26 | Recurring Card Purchase 07/26 Google *Ads423077620 Cc@Google.Com CA Card 9542 | | 500.00 |
| 07/29 | Card Purchase | 07/28 Amazon Mktpl*Rv98L61 Amzn.Com/Bill WA Card 9542 | 31.49 |
| 07/29 | Card Purchase | 07/28 Amazon.Com*Rv15A6Z71 Amzn.Com/Bill WA Card 9542 | 26.74 |
| 07/29 | Card Purchase | 07/28 Amazon.Com*Rv7Qr5180 Amzn.Com/Bill WA Card 9542 | 26.74 |
| 07/29 | Card Purchase | 07/27 Amazon Prime*Rv4R22P Amzn.Com/Bill WA Card 9542 | 16.23 |
| 07/29 | Card Purchase | 07/27 Eractoll 4Z9H22 877-860-1258 TX Card 9542 | 12.70 |
| 07/29 | Card Purchase | 07/28 Prime Video Channels Amzn.Com/Bill WA Card 9542 | 12.98 |
| 07/29 | Card Purchase | 07/28 Amazon Mktpl*Rv3Jd2V Amzn.Com/Bill WA Card 9542 | 121.83 |
| 07/29 | Card Purchase | 07/28 Prime Video *Rv35M2Tk 888-802-3080 WA Card 9542 | 21.64 |
| 07/29 | Card Purchase | 07/29 Facebk *27E468Y4U2 650-5434800 CA Card 9542 | 900.00 |
| 07/30 | Recurring Card Purchase 07/29 Klaviyo Inc. Software Klaviyo.Com MA Card 9542 | | 2,206.62 |
| 07/30 | Card Purchase | 07/30 Facebk *U5Mxu7C4U2 650-5434800 CA Card 9542 | 15.53 |
| 07/30 | Card Purchase | 07/30 Facebk *Fytg88Y4U2 650-5434800 CA Card 9542 | 282.87 |
| 07/31 | Card Purchase | 07/31 Amazon Mktpl*Rf48J9C Amzn.Com/Bill WA Card 9542 | 373.13 |
| 07/31 | Card Purchase | 07/30 Usps Stamps Endicia 888-434-0055 DC Card 9542 | 500.00 |
| 07/31 | Recurring Card Purchase 07/30 Google *Ads423077620 Cc@Google.Com CA Card 9542 | | 500.00 |
| **Total ATM & Debit Card Withdrawals** | | | **$41,551.70** |

## ATM & DEBIT CARD SUMMARY

Elijah Joseph Maine  Card 9542

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $41,551.70 |
| Total Card Deposits & Credits | $227.49 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $41,551.70 |
| Total Card Deposits & Credits | $227.49 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | 07/01 Online Domestic Wire Transfer Via: Navy Fcu Wash/256074974 A/C: Elijah Maine Allen TX 75002 US Imad: 0701Mmqfmp2M014809 Trn: 3456794183Es | $6,000.00 |
| 07/02 | Orig CO Name:ADP 401K         Orig ID:1223006057 Desc Date:240702 CO Entry Descr:ADP 401K Sec:CCD   Trace#:021000024421523 Eed:240702  Ind ID:K9Vkc 070113V02          Ind Name:Curves N Combatboots L Aa Trn: 1844421523Tc | 498.75 |
| 07/05 | 07/05 Online Domestic Wire Transfer Via: Navy Fcu Wash/256074974 A/C: Elijah Maine Allen TX 75002 US Imad: 0705Mmqfmp2K011348 Trn: 3027954187Es | 7,000.00 |
| 07/05 | 07/05 Online International Wire Transfer Via: Hsbc Bank USA, N.A./0108 A/C: Hsbc Bank (China) Company Limited Guangzhou China Cn Ben: Roadsunshine International Company Juyuan St. Cn Ref: Business Expenses Ssn: 00471763 Trn: 3242504187Es | 2,792.00 |
| 07/05 | 07/05 Online International Wire Transfer Via: Hsbc Bank USA, N.A./0108 A/C: Hsbc Bank (China) Company Limited Guangzhou China Cn Ben: Roadsunshine International Company Juyuan St. Cn Ref: Business Expenses Ssn: 00473870 Trn: 3267474187Es | 2,522.50 |

**CHASE**

June 29, 2024 through July 31, 2024
Primary Account: 000000600175130



## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/09 | 07/09 Online International Wire Transfer Via: Hsbc Bank USA, N.A./0108 A/C: Hsbc Bank (China) Company Limited Guangzhou China Cn Ben: Roadsunshine International Company Juyuan St. Cn Ref: Business Expenses Ssn: 00326229 Trn: 3191784191Es | 5,457.50 |
| 07/12 | 07/12 Online International Wire Transfer Via: Hsbc Bank USA, N.A./0108 A/C: Hsbc Bank (China) Company Limited Guangzhou China Cn Ben: Roadsunshine International Company Juyuan St. Cn Ref: Business Expenses Ssn: 00205244 Trn: 3044284194Es | 3,567.50 |
| 07/12 | 07/12 Online International Wire Transfer Via: Hsbc Bank USA, N.A./0108 A/C: Hsbc Bank (China) Company Limited Guangzhou China Cn Ben: Roadsunshine International Company Juyuan St. Cn Ref: Business Expenses Ssn: 00410014 Trn: 3280944194Es | 1,508.40 |
| 07/12 | Orig CO Name:Paypal    Orig ID:Paypalsi77 Desc Date:240712 CO Entry Descr:Inst Xfer Sec:Web   Trace#:021000027296432 Eed:240712  Ind ID:Netflix.Com    Ind Name:Curves And Combatboots 240712Ppz8Ea Trn: 1947296432Tc | 16.77 |
| 07/15 | Orig CO Name:ADP Tax    Orig ID:1223006057 Desc Date:240715 CO Entry Descr:ADP Tax   Sec:CCD   Trace#:021000021628158 Eed:240715  Ind ID:K9Vkc 071514A01     Ind Name:Curves N Combatboots L Aa Trn: 1971628158Tc | 2,018.01 |
| 07/15 | Orig CO Name:ADP Wage Pay    Orig ID:9333006057 Desc Date:240715 CO Entry Descr:Wage Pay Sec:CCD   Trace#:021000025830938 Eed:240715  Ind ID:622069718837Vkc     Ind Name:Curves N Combatboots L 323298036 Trn: 1975830938Tc | 7,178.06 |
| 07/16 | Orig CO Name:Stripe    Orig ID:1800948598 Desc Date:   CO Entry Descr:Transfer Sec:CCD   Trace#:091000012336024 Eed:240716  Ind ID:St-Y3Y3S7C1O8N3    Ind Name:Curves N Combatboots L Trn: 1982336024Tc | 49.99 |
| 07/16 | Orig CO Name:ADP 401K    Orig ID:1223006057 Desc Date:240716 CO Entry Descr:ADP 401K Sec:CCD   Trace#:021000025455909 Eed:240716  Ind ID:K9Vkc 071514V02     Ind Name:Curves N Combatboots L Aa Trn: 1985455909Tc | 501.25 |
| 07/16 | 07/16 Online Domestic Wire Transfer Via: CR Un of Tex Dal/311079306 A/C: Elijah Maine Allen TX 75002 US Imad: 0716Mmqfmp2L021050 Trn: 3374414198Es | 2,000.00 |
| 07/16 | 07/16 Online Domestic Wire Transfer Via: Green Bk Houston/113024164 A/C: Pci Mckinney LLC Dallas TX 75252 US Imad: 0716Mmqfmp2K021194 Trn: 3401034198Es | 5,000.00 |
| 07/17 | Orig CO Name:Bank of America    Orig ID:941687665J Desc Date:240716 CO Entry Descr:Payment  Sec:Tel   Trace#:111000021615018 Eed:240717  Ind ID:Lyfpt6T9T Ind Name:Maine, Elijah Trn: 1991615018Tc | 141.54 |
| 07/17 | Orig CO Name:Shopify.Com/C    Orig ID:1800948598 Desc Date:   CO Entry Descr:Acctverifysec:CCD   Trace#:091000011777122 Eed:240717  Ind ID:St-S4O0T0G3E4V9 Ind Name:Elijah Maine Trn: 1991777122Tc | 0.58 |
| 07/17 | Orig CO Name:Shopify.Com/C    Orig ID:4270465600 Desc Date:   CO Entry Descr:Shopify.Cosec:CCD   Trace#:111000020717000 Eed:240717  Ind ID:St-D9B2N6D4S3X5     Ind Name:Elijah Maine Trn: 1990717000Tc | 4,317.21 |
| 07/17 | Orig CO Name:Shopify.Com/C    Orig ID:1800948598 Desc Date:   CO Entry Descr:Shopify.Cosec:CCD   Trace#:091000010678884 Eed:240717  Ind ID:St-G6E1Y5P7J6K3     Ind Name:Elijah Maine Trn: 1990678884Tc | 2,185.30 |
| 07/18 | 07/18 Online International Wire Transfer Via: Hsbc Bank USA, N.A./0108 A/C: Hsbc Bank (China) Company Limited Guangzhou China Cn Ben: Roadsunshine International Company Juyuan St. Cn Ref: Business Expenses Ssn: 00473035 Trn: 3465104200Es | 1,386.50 |
| 07/19 | Orig CO Name:Digges Media(1 O    Orig ID:1800948598 Desc Date:   CO Entry Descr:Digges Medsec:Web   Trace#:091000010603809 Eed:240719  Ind ID:St-C5B7E4V0M5V8     Ind Name:Honeybook Inc Trn: 2010603809Tc | 1,650.00 |
| 07/19 | 07/19 Online Domestic Wire Transfer Via: Navy Fcu Wash/256074974 A/C: Elijah Maine Allen TX 75002 US Imad: 0719Mmqfmp2M032013 Trn: 3647064201Es | 3,000.00 |
| 07/22 | 07/22 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Dukhon Tax And Accounting LLC Boston MA 02116 US Imad: 0722Mmqfmp2M030484 Trn: 3661774204Es | 1,000.00 |
| 07/23 | Orig CO Name:Shopify.Com/C    Orig ID:1800948598 Desc Date:   CO Entry Descr:Shopify.Cosec:CCD   Trace#:091000017409193 Eed:240723  Ind ID:St-X2D7L3N0L7T0     Ind Name:Elijah Maine Trn: 2057409193Tc | 4,340.14 |



June 29, 2024 through July 31, 2024
Primary Account: 000000600175130

## ELECTRONIC WITHDRAWALS _(continued)_

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/24 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:240724 CO Entry Descr:Payments Sec:CCD   Trace#:021000028854656 Eed:240724  Ind ID:Ez5Z2Ay1N7Qt0Gv    Ind Name:Cnc Trn: 2068854656Tc | 28.00 |
| 07/24 | 07/24 Online Domestic Wire Transfer Via: Green Bk Houston/113024164 A/C: Pci Mckinney LLC Dallas TX 75252 US Imad: 0724Mmqfmp2M015638 Trn: 3252384206Es | 5,000.00 |
| 07/29 | 07/29 Online Domestic Wire Transfer Via: Pinnacle Bank TN/064008637 A/C: The Vida Law Firm Pllc Bedford TX 76021 US Imad: 0729Mmqfmp2N018102 Trn: 3400004211Es | 1,000.00 |
| 07/29 | 07/29 Online International Wire Transfer Via: Hsbc Bank USA, N.A./0108 A/C: Hsbc Bank (China) Company Limited Guangzhou China Cn Ben: Roadsunshine International Company Juyuan St. Cn Ref: Business Expenses Ssn: 00490146 Trn: 3413424211Es | 6,370.00 |
| 07/29 | Orig CO Name:Shopify.Com/C    Orig ID:1800948598 Desc Date:    CO Entry Descr:Shopify.Cosec:CCD   Trace#:091000013786003 Eed:240729  Ind ID:St-E8J8P4Q8Q7B8    Ind Name:Elijah Maine Trn: 2113786003Tc | 2,270.56 |
| 07/31 | Orig CO Name:ADP Wage Pay    Orig ID:9333006057 Desc Date:240731 CO Entry Descr:Wage Pay Sec:CCD   Trace#:021000027816231 Eed:240731  Ind ID:667076352372Vkc    Ind Name:Curves N Combatboots L 323298036 Trn: 2137816231Tc | 6,037.63 |
| 07/31 | Orig CO Name:ADP Tax    Orig ID:1223006057 Desc Date:240731 CO Entry Descr:ADP Tax Sec:CCD   Trace#:021000027801732 Eed:240731  Ind ID:K9Vkc 080115A01    Ind Name:Curves N Combatboots L Aa Trn: 2137801732Tc | 1,497.16 |
| **Total Electronic Withdrawals** | | **$86,335.35** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | Service Charges For The Month of June | $300.00 |
| **Total Fees** | | **$300.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 07/01 | $2,486.66 | 07/12 | 28,576.76 | 07/23 | 17,738.00 |
| 07/02 | 14,693.49 | 07/15 | 21,081.59 | 07/24 | 14,496.20 |
| 07/03 | 25,485.40 | 07/16 | 15,144.28 | 07/25 | 14,928.62 |
| 07/05 | 13,299.31 | 07/17 | 9,087.15 | 07/26 | 14,618.21 |
| 07/08 | 24,411.22 | 07/18 | 16,276.59 | 07/29 | 7,706.20 |
| 07/09 | 21,100.05 | 07/19 | 11,014.64 | 07/30 | 9,579.53 |
| 07/10 | 20,399.64 | 07/22 | 11,630.22 | 07/31 | 2,653.78 |
| 07/11 | 33,317.70 | | | | |

## SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included:  00000000000600175155

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $320.00 |
| **Total Service Charges** | **$320.00**  Will be assessed on 8/1/24 |



June 29, 2024 through July 31, 2024
Primary Account: **000000600175130**

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 82 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 178 | 500 | 0 | $0.40 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online US Dollar Intl Wire Fee | 7 | 4 | 3 | $40.00 | $120.00 |
| Online Domestic Wire Fee | 8 | 0 | 8 | $25.00 | $200.00 |
| Subtotal Other Service Charges (Will be assessed on 8/1/24) | | | | | $320.00 |

**ACCOUNT** 000000600175130

| | | | | | |
|---|---|---|---|---|---|
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 80 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 178 | | | | |
| **Miscellaneous Fees** | | | | | |
| Online US Dollar Intl Wire Fee | 7 | | | | |
| Online Domestic Wire Fee | 8 | | | | |

**ACCOUNT** 000000600175155

| | | | | | |
|---|---|---|---|---|---|
| **Electronic Credits** | | | | | |
| Electronic Credits | 2 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.



## CHASE PLATINUM BUSINESS CHECKING

CURVES AND COMBAT BOOTS LLC                              Account Number: **000000600175155**

### CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 2 | 533.14 |
| Ending Balance | 2 | $533.14 |



June 29, 2024 through July 31, 2024
Primary Account: 000000600175130

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/10 | Orig CO Name:Facebook Inc      Orig ID:7201665019 Desc Date:      CO Entry Descr:Bdvxkw35Aksec:CCD   Trace#:111000028404285 Eed:240710   Ind ID:Bdvxkw35AK          Ind Name:Curves And Combatboots     Rmr*Ik*Facebook Payout Bdvxkw35AK\ Trn: 1928404285Tc | $502.28 |
| 07/24 | Orig CO Name:Facebook Inc      Orig ID:7201665019 Desc Date:      CO Entry Descr:Bdw1K05KY2Sec:CCD   Trace#:111000028793217 Eed:240724   Ind ID:Bdw1K05KY2          Ind Name:Curves And Combatboots     Rmr*Ik*Facebook Payout Bdw1K05KY2\ Trn: 2068793217Tc | 30.86 |
| **Total Deposits and Additions** | | **$533.14** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/10 | $502.28 |
| 07/24 | 533.14 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC